RECEIVED
2022 JUL 26 AM 9:31
US MARSHALS SERVICE
BILLINGS, MONTANA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL ANDREW GUIOT, Defendant. | CR-22-77-BLG-SPW-01 **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest PAUL ANDREW GUIOT and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy To Possess With Intent To Distribute Fentanyl and Conspiracy To Possess With Intent To Distribute Methamphetamine both in violation of Title 21 U.S.C., Section 846, Possession With Intent To Distribute Fentanyl and Possession With Intent To Distribute Methamphetamine both in violation of Title 21 U.S.C., Section 841(a)(1), Aiding And Abetting in violation of Title 18 U.S.C., Section 2, Possession of a Firearm In Furtherance Of a Drug Trafficking Crime in violation of Title 18 U.S.C., Section 924(c)(1)(A)(i), and Forfeiture Allegation.

Assigned to: AUSA Colin Rubich, Julie Patten

*E. Hamnes*

E. Hamnes, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana



**BAIL FIXED AT NONE**
Date of Issue: 25th day of July, 2022

| *RETURN* | |
|---|---|
| **DATE RECEIVED:** 7/26/22 | **LOCATION:** Billings, MT |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:** 7/26/22 | *Timothy Hornung (A)* **UNITED STATES MARSHAL** |
| **LOCATION:** Billings, MT | |
| **BY:** _____ Deputy U.S. Marshal | |